**Lonnie BROOMFIELD, Petitioner–Appellant,**

v.

**Bobby SHEARIN, Respondent–Appellee.**

No. 02–6152.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Lonnie Broomfield, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lonnie Broomfield appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Broomfield v. Shearin,* No. CA–01–3827–CCB (D.Md. Jan. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*